UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER    :        **21 MC 103 (AKH)**
AND LOWER MANHATTAN DISASTER SITE    :
LITIGATION (straddler plaintiffs)    :
------------------------------------------------------------ x
MARIA LAZO,                          :
                                     :
                 Plaintiff,          :        **AFFIDAVIT OF SERVICE**
                                     :
        - against-                   :        **Civil Action No. : 07 CIV 6414**
                                     :        **JUDGE HELLERSTEIN**
                                     :
THE CITY OF NEW YORK, 2 BROADWAY LLC,:
COLLIERS ABR, INC., BROOKFIELD       :
FINANCIAL PROPERTIES, L.P., BFP ONE  :
LIBERTY PLAZA CO. LLC, BLACKMON-     :
MOORING-STEAMATIC CATASTROPHE, INC. ,:
HILLMAN ENVIRONMENTAL GROUP, LLC,    :
DEUTSCHE BANK TRUST CORPORATION,     :
DEUTSCHE BANK TRUST COMPANY,         :
BANKERS TRUST CORPORATION,           :
DEUTSCHE BANK   TRUST COMPANY        :
AMERICAS, THE BANK OF NEW YORK       :
TRUST COMPANY NA, BT PRIVATE CLIENTS :
CORP., TISHMAN INTERIORS CORPORATION,:
TULLY CONSTRUCTION CO., INC., TULLY  :
INDUSTRIES, BATTERY PARK CITY        :
AUTHORITY and WFP TOWER A. CO, .L.P.,:
                                     :
                 Defendants.         :
------------------------------------------------------------x

        I, Aaron Solomon, being duly sworn, deposes and says: I am not a party to the within
action, am over the age of eighteen (18) years old, and reside in Wyckoff, New Jersey.

        On July 20, 2007, I served the within copy of the Summons & Complaint by personally
serving a true copy of the same in the manner prescribed by the law of the State of New York for
the service of summons upon the City of New York, to Madelyn Santana, at the New York City
Law Department located at:

                        New York City Law Department
                             100 Church Street
                          New York, New York 10007

Aaron Solomon

Sworn to before me on this
30th day of July, 2007

NOTARY PUBLIC

VAUGHNETTE MUSCHETT
NOTARY PUBLIC, State of New York
No. 01MU6048298
Qualified in Kings County
Commission Expires Sept. 25, 2010