UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER       :   21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE       :
LITIGATION (straddler plaintiffs)       :
------------------------------------------------------------ x
MARIA LAZO,                             :
                                        :
            Plaintiff,               :   **Affidavit of Service**
                                        :
  - against-                          :   **Civil Action No. : 07 CIV 6414**
                                        :   **JUDGE HELLERSTEIN**
                                        :
THE CITY OF NEW YORK, 2 BROADWAY LLC,:
COLLIERS ABR, INC., BROOKFIELD          :
FINANCIAL PROPERTIES, L.P., BFP ONE     :
LIBERTY PLAZA CO. LLC, BLACKMON-        :
MOORING-STEAMATIC CATASTROPHE, INC. ,:
HILLMAN ENVIRONMENTAL GROUP, LLC,       :
DEUTSCHE BANK TRUST CORPORATION,        :
DEUTSCHE BANK TRUST COMPANY,            :
BANKERS TRUST CORPORATION,              :
DEUTSCHE BANK  TRUST COMPANY            :
AMERICAS, THE BANK OF NEW YORK          :
TRUST COMPANY NA, BT PRIVATE CLIENTS :
CORP., TISHMAN INTERIORS CORPORATION,:
TULLY CONSTRUCTION CO., INC., TULLY     :
INDUSTRIES, BATTERY PARK CITY           :
AUTHORITY and WFP TOWER A. CO, .L.P.,   :
                                        :
            Defendants.              :
------------------------------------------------------------x

    I, Samuel Frommer, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

    On July 31, 2007, I served the within copy of the Summons & Complaint by personally serving, pursuant to FRCP 4(h)(1), a true copy of the same upon the Defendant, Bankers Trust Corporation, by its designated agent, Sabrina Ambrose of CT Corporation System, located at:

CT Corporation System
111 Eighth Avenue, 13th Floor
New York, New York 10011

_____
Samuel Frommer

Sworn to before me on this
\_\_ day of July, 2007

_____
NOTARY PUBLIC

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20\_\_