UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER :    **21 MC 103 (AKH)**
AND LOWER MANHATTAN DISASTER SITE :
LITIGATION (straddler plaintiffs)              :
----------------------------------------------------------- x
MARIA LAZO,                                      :

           Plaintiff,                  :     **Affidavit of Service**

   - against-                         :     **Civil Action No. : 07 CIV 6414**
                                            :     **JUDGE HELLERSTEIN**

THE CITY OF NEW YORK, 2 BROADWAY LLC,:
COLLIERS ABR, INC., BROOKFIELD :
FINANCIAL PROPERTIES, L.P., BFP ONE :
LIBERTY PLAZA CO. LLC, BLACKMON- :
MOORING-STEAMATIC CATASTROPHE, INC. ,:
HILLMAN ENVIRONMENTAL GROUP, LLC, :
DEUTSCHE BANK TRUST CORPORATION, :
DEUTSCHE BANK TRUST COMPANY, :
BANKERS TRUST CORPORATION, :
DEUTSCHE BANK TRUST COMPANY :
AMERICAS, THE BANK OF NEW YORK :
TRUST COMPANY NA, BT PRIVATE CLIENTS :
CORP., TISHMAN INTERIORS CORPORATION,:
TULLY CONSTRUCTION CO., INC., TULLY :
INDUSTRIES, BATTERY PARK CITY :
AUTHORITY and WFP TOWER A. CO, .L.P., :
                                             :
           Defendants.             :
-----------------------------------------------------------x

     I, Samuel Frommer, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

     On July 24, 2007, I served the within copy of the Summons & Complaint by personally serving a true copy of the same in the manner prescribed by the law of the State of New York for the service of summons upon the City of New York, to Megan Churnetski at the Battery Park City Authority located at:

                           Battery Park City Authority
                  One World Financial Center, 24th Floor
                            New York, New York 10281

*[signature]*
Samuel Frommer

Sworn to before me on this
24 day of July, 2007

*[signature]*
NOTARY PUBLIC

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 09