UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER  :  **21 MC 103 (AKH)**
AND LOWER MANHATTAN DISASTER SITE  :
LITIGATION (straddler plaintiffs)  :
------------------------------------------------------------x
MARIA LAZO,                        :

       Plaintiff,             :  **Affidavit of Service**

  - against-                      :  **Civil Action No. : 07 CIV 6414**
                                                        **JUDGE HELLERSTEIN**

THE CITY OF NEW YORK, 2 BROADWAY LLC,:
COLLIERS ABR, INC., BROOKFIELD          :
FINANCIAL PROPERTIES, L.P., BFP ONE     :
LIBERTY PLAZA CO. LLC, BLACKMON-         :
MOORING-STEAMATIC CATASTROPHE, INC. ,:
HILLMAN ENVIRONMENTAL GROUP, LLC,        :
DEUTSCHE BANK TRUST CORPORATION,         :
DEUTSCHE BANK TRUST COMPANY,             :
BANKERS TRUST CORPORATION,               :
DEUTSCHE BANK  TRUST COMPANY             :
AMERICAS, THE BANK OF NEW YORK           :
TRUST COMPANY NA, BT PRIVATE CLIENTS :
CORP., TISHMAN INTERIORS CORPORATION,:
TULLY CONSTRUCTION CO., INC., TULLY      :
INDUSTRIES, BATTERY PARK CITY            :
AUTHORITY and WFP TOWER A. CO, .L.P.,    :
                                         :
       Defendants.            :
------------------------------------------------------------x

    I, Samuel Frommer, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

    On July 31, 2007, I served the within copy of the Summons & Complaint by personally serving, pursuant to FRCP 4(h)(1), a true copy of the same upon the Defendant, Deutsche Bank Trust Corporation, by its designated agent, Sabrina Ambrose of CT Corporation System, located at:

CT Corporation System
111 Eighth Avenue, 13th Floor
New York, New York 10011

_____
Samuel Frommer

Sworn to before me on this
31 day of July, 2007

_____
NOTARY PUBLIC

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20___