UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION (straddler plaintiffs)

**21 MC 103 (AKH)**

MARIA LAZO,

Plaintiff,

- against-

THE CITY OF NEW YORK, 2 BROADWAY LLC, COLLIERS ABR, INC., BROOKFIELD FINANCIAL PROPERTIES, L.P., BFP ONE LIBERTY PLAZA CO. LLC, BLACKMON-MOORING-STEAMATIC CATASTROPHE, INC. , HILLMAN ENVIRONMENTAL GROUP, LLC, DEUTSCHE BANK TRUST CORPORATION, DEUTSCHE BANK TRUST COMPANY, BANKERS TRUST CORPORATION, DEUTSCHE BANK TRUST COMPANY AMERICAS, THE BANK OF NEW YORK TRUST COMPANY NA, BT PRIVATE CLIENTS CORP., TISHMAN INTERIORS CORPORATION, TULLY CONSTRUCTION CO., INC., TULLY INDUSTRIES, BATTERY PARK CITY AUTHORITY and WFP TOWER A. CO, .L.P.,

Defendants.

**Affidavit of Service**

**Civil Action No. : 07 CIV 6414**
**JUDGE HELLERSTEIN**

I, Samuel Frommer, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in New York, New York.

On July 31, 2007, I served the within copy of the Summons & Complaint by personally serving, pursuant to FRCP 4(h)(1), a true copy of the same upon the Defendant, BT Private Clients Corporation, by its designated agent, Sabrina Ambrose of CT Corporation System, located at:

CT Corporation System
111 Eighth Avenue, 13th Floor
New York, New York 10011

Samuel Frommer

Sworn to before me on this
31 day of July, 2007

NOTARY PUBLIC

BEATRIZ DOLORES ARANA
Notary Public, State of New York
No. 01AR6132940
Qualified in Queens County
Commission Expires August 29, 20 09