**OSHMAN & MIRISOLA, LLP**
By: Theodore Oshman
42 Broadway
New York, New York 10006
212-233-2100
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER :     21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE :
LITIGATION (straddler plaintiffs) :
------------------------------------------------------------x
MARIA LAZO, :
:
           Plaintiff, :     **AFFIDAVIT OF SERVICE**
:
- against- :     **Civil Action No. : 07 CIV 6414**
:     **JUDGE HELLERSTEIN**
:
THE CITY OF NEW YORK, 2 BROADWAY LLC,:
COLLIERS ABR, INC., BROOKFIELD :
FINANCIAL PROPERTIES, L.P., BFP ONE :
LIBERTY PLAZA CO. LLC, BLACKMON- :
MOORING-STEAMATIC CATASTROPHE, INC. ,:
HILLMAN ENVIRONMENTAL GROUP, LLC, :
DEUTSCHE BANK TRUST CORPORATION, :
DEUTSCHE BANK TRUST COMPANY, :
BANKERS TRUST CORPORATION, :
DEUTSCHE BANK TRUST COMPANY :
AMERICAS, THE BANK OF NEW YORK :
TRUST COMPANY NA, BT PRIVATE CLIENTS :
CORP., TISHMAN INTERIORS CORPORATION,:
TULLY CONSTRUCTION CO., INC., TULLY :
INDUSTRIES, BATTERY PARK CITY :
AUTHORITY and WFP TOWER A. CO, .L.P., :
:
           Defendants. :
------------------------------------------------------------x

    I, Aaron Solomon, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Wyckoff, New Jersey.

On July 24, 2007, I served the within copy of the Summons & Complaint by personally a true copy of the same upon the Defendant, Colliers ABR. Inc., by its designated agent, Pamela Banks, at Schoeman, Updike & Kaufman, LLP, located at:

Schoeman, Updike & Kaufman, LLP<br>
60 E 42nd Street<br>
New York, New York 10019

_____
Aaron Solomon

Sworn to before me on this
24th day of July, 2007

_____
NOTARY PUBLIC
VAUGHNETTE MUSCHETT
NOTARY PUBLIC, State of New York
No. 01MU6048298
Qualified in Kings County
Commission Expires Sept. 25, 2010