OSHMAN & MIRISOLA, LLP
By: Theodore Oshman
42 Broadway
New York, New York 10006
212-233-2100
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER  :   21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE  :
LITIGATION (straddler plaintiffs)  :
-----------------------------------------------------------------x
MARIA LAZO,                        :

        Plaintiff,        :   **AFFIDAVIT OF SERVICE**

- against-                          :   **Civil Action No. : 07 CIV 6414**
                                **JUDGE HELLERSTEIN**

THE CITY OF NEW YORK, 2 BROADWAY LLC,:
COLLIERS ABR, INC., BROOKFIELD      :
FINANCIAL PROPERTIES, L.P., BFP ONE :
LIBERTY PLAZA CO. LLC, BLACKMON-    :
MOORING-STEAMATIC CATASTROPHE, INC.,:
HILLMAN ENVIRONMENTAL GROUP, LLC,   :
DEUTSCHE BANK TRUST CORPORATION,    :
DEUTSCHE BANK TRUST COMPANY,        :
BANKERS TRUST CORPORATION,          :
DEUTSCHE BANK TRUST COMPANY         :
AMERICAS, THE BANK OF NEW YORK      :
TRUST COMPANY NA, BT PRIVATE CLIENTS:
CORP., TISHMAN INTERIORS CORPORATION,:
TULLY CONSTRUCTION CO., INC., TULLY :
INDUSTRIES, BATTERY PARK CITY       :
AUTHORITY and WFP TOWER A. CO, .L.P.,:

        Defendants.       :
-----------------------------------------------------------------x

    I, Aaron Solomon, being duly sworn, deposes and says: I am not a party to the within action, am over the age of eighteen (18) years old, and reside in Wyckoff, New Jersey.

    On July 24, 2007, I served the within copy of the Summons & Complaint on Tishman Interiors Corporation, therein named, a corporation by personally serving a true copy of the same

to Marlene Galarza. Deponent knew said corporation so served to be the corporation described in the summons as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Aaron Solomon

Sworn to before me on this
)?*th* day of July, 2007

NOTARY PUBLIC
JAUGHNETTE MUSCHETT
NOTARY PUBLIC, State of New York
No. 01MU6048298
Qualified in Kings County
Commission Expires Sept. 25, 20 10