UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER  :   21 MC 103 (AKH)
AND LOWER MANHATTAN DISASTER SITE  :
LITIGATION (straddler plaintiffs)  :
----------------------------------------------------------------- x
MARIA LAZO,                        :

        Plaintiff,             :   **AFFIDAVIT OF SERVICE**

  - against-                       :   Civil Action No. : 07 CIV 6414
                                                                                                    **JUDGE HELLERSTEIN**

THE CITY OF NEW YORK, 2 BROADWAY LLC,:
COLLIERS ABR, INC., BROOKFIELD     :
FINANCIAL PROPERTIES, L.P., BFP ONE :
LIBERTY PLAZA CO. LLC, BLACKMON-   :
MOORING-STEAMATIC CATASTROPHE, INC. ,:
HILLMAN ENVIRONMENTAL GROUP, LLC,  :
DEUTSCHE BANK TRUST CORPORATION,   :
DEUTSCHE BANK TRUST COMPANY,       :
BANKERS TRUST CORPORATION,         :
DEUTSCHE BANK  TRUST COMPANY       :
AMERICAS, THE BANK OF NEW YORK     :
TRUST COMPANY NA, BT PRIVATE CLIENTS   :
CORP., TISHMAN INTERIORS CORPORATION,:
TULLY CONSTRUCTION CO., INC., TULLY :
INDUSTRIES, BATTERY PARK CITY      :
AUTHORITY and WFP TOWER A. CO, .L.P., :
                                    :
        Defendants.            :
-----------------------------------------------------------------x

    Stephanie Lopez, being duly sworn, disposes and says: I am not a party to the within action, am over the age of (18) years old and reside in The Bronx, New York.
    On August 30, 2007, I served the within copy of the Summons and Complaint by personally serving, pursuant to FRCP 4(h)(1), a true copy of the same upon defendant, Blackmon- Mooring- Steamtic Catastrophe, Inc., by its Senior Process Specialist, Paula Kash of CT Corporation System located at: 111 8th Ave, 13th Floor, New York, New York 10011. Deponent describes person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows: **Female White, White Skin, Blonde/ Gray Hair, 56, height approx. 5'.**

                                                                                 _____
                                                                                 Stephanie Lopez

Sworn to before me this
30th day of August, 2007

_____
  Notary public

        VAUGHNETTE MUSCHETT
      NOTARY PUBLIC, State of New York
           No. 01MU6048298
       Qualified in Kings County
   Commission Expires Sept. 25, 20_10_