Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
COLLIERS ABR, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X   21 MC 103 (AKH)

MARIA LAZO,                                         Index No.: 07-CIV-6414

                          Plaintiff(s),          **NOTICE OF ADOPTION OF ANSWER
                                                   TO MASTER COMPLAINT**

     -against-
                                                 **ELECTRONICALLY FILED**
THE CITY OF NEW YORK, *et al.*,

                          Defendant(s).
-------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant, COLLIERS ABR, INC., by its attorneys,

McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the

Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the

above-referenced action, hereby adopts its Answer to Master Complaint dated August 3, 2007,

which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site

Litigation*, 21 MC 103 (AKH).

     WHEREFORE, the defendant, COLLIERS ABR, INC., demands judgment dismissing

the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 3, 2007

                                  Yours etc.,

                                  McGIVNEY & KLUGER, P.C.
                                  Attorneys for Defendant
                                  COLLIERS ABR, INC.

                                  By: _____
                                  Richard E. Leff (RL-2123)
                                  80 Broad Street, 23rd Floor
                                  New York, New York 10004
                                  (212) 509-3456

TO:    OSHMAN & MIRISOLA, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        Attn: David L. Kremen
        42 Broadway, 10th Floor
        New York, New York 10004
        (212) 233-2100

        All Defense Counsel