***** **AFFIDAVIT OF SERVICE** ***** 12/05/2007

SHERIFFS NUMBER: S07006406  DEFENDANT SEQUENCE 1 OF 1
TYPE OF SERVICE... Summons and Complaint

I, RALPH FROEHLICH, SHERIFF OF UNION COUNTY, DO HEREBY DEPUTIZE **STEPHEN LANZANO** AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

| ATTORNEY | CHECK # | AMOUNT |
|---|---|---|
| OSHMAN & MIRISOLA, LLP - COUNSELLORS<br>42 BROADWAY<br>10TH FLOOR<br>NEW YORK, NY 10004 | 8801<br>CONTROL # 12338 | 28.00 |

**COURT DATA**  ASOHNEN

COURT OF ISSUANCE: US District Court
WRIT EXPIRATION:  STATE: NY  COUNTY OF VENUE: Southern District
COURT DOCKET #: 07CIV6414

**CAPTION OF CASE**
NAME:  MARIA LAZO
       VS  HILLMAN ENVIORONMENTAL GROUP, LLC,

**DEFENDANT OR NAMED WITHIN TO BE SERVED**
NAME:    HILLMAN ENVIORONMENTAL GROUP, LLC,
ADDRESS: 1600 ROUTE 22 EAST
         UNION, NJ 07083

**PAPERS SERVED**
SUMMONS & COMPLAINT, OUT OF STATE REQUIRE DESCRIPTION

**SERVICE DATA RECORDED**

☒ SERVED SUCCESSFULLY   ☐ UNABLE TO SERVE   NUMBER OF ATTEMPTS ____
DATE: 12/20/07  TIME: 10:30
REMARKS: _____

☐ PERSONALLY DELIVERED  ☒ OFFICER  ☐ MANAGING AGENT  ☐ REGISTERED AGENT
☐ COPY LEFT WITH COMPETENT HOUSEHOLD MEMBER  ☐ AGENT AUTHORIZED TO ACCEPT
☐ IS IN THE MILITARY   ☐ NOT IN THE MILITARY

PERSON SERVED: JOHN B. GLASS JR. - SENIOR V.P.
(TITLE/RELATIONSHIP)

SEX:    ☒ MALE       ☐ FEMALE
SKIN:   ☒ WHITE      ☐ BLACK     ☐ YELLOW    ☐ BROWN    ☐ RED
HEIGHT: ☐ UNDER 5 FT. ☐ 5.0 - 5.6 FT. ☒ 5.7 - 6.0 FT. ☐ OVER 6 FT.
WEIGHT: ☐ UNDER 100 LBS. ☐ 100 - 150 LBS. ☒ 151 - 200 LBS. ☐ OVER 200 LBS.
HAIR:   ☐ BLACK      ☒ BROWN     ☐ BLOND     ☐ GRAY   ☐ RED   ☐ WHITE   ☒ BALDING
AGE:    ☐ 14 - 20    ☐ 21 - 35   ☒ 36 - 50   ☐ 51 - 65   ☐ OVER 65

SWORN TO AND SUBSCRIBED BEFORE ME ON _Frances DiDonato_

_Stephen Lanzano_
SIGNATURE
SHERIFF'S OFFICER OF UNION COUNTY
STATE OF NEW JERSEY